```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA


DARRYL WM. ANDERSON,            )
                                )
        Plaintiff,              )
                                )
    vs.                         )     Civil Action No. 17-1390
                                )
JUDGE ANTHONY M. MARIANI,       )
et al.,                         )
                                )
        Defendants.             )
```

                            JUDGMENT ORDER

AND NOW, this 11th day of May, 2018, the Court dismissed Plaintiff's Complaint for failure to state a claim upon which relief can be granted, (*see* Docket No. [12]),

It is hereby ordered that pursuant to Rule 58 of the Federal Rules of Civil Procedure, Final Judgment of this Court is entered in favor of Defendants Judge Anthony M. Mariani, Judge Donna Jo McDaniels, Judge Jeffrey A. Manning, Patrick Thomassey, Esq., Jane/John Doe – Clerk of Courts, and the County of Allegheny and against Plaintiff.  The Clerk of Court shall mark this matter as closed.

                                    s/Nora Barry Fischer
                                    United States District Judge

```
cc/ecf:    Maureen P. Kelly
           Chief U.S. Magistrate Judge

           Darryl Wm. Anderson
           1504 Island Avenue, #4
           Pittsburgh, PA 15136
           (Regular and certified mail)

           All counsel of record
```